UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _Knoxville_

_Antonio Williams_ )

_____ )

_____ )

(Enter above the NAME of the )
plaintiff in this action.)

v. )

1. _Sheriff Jimmy Jones_ )

2. _Knox county sheriff department facility_ )

_Cont on Page 1 A_ )

(Enter above the NAME of each )
defendant in this action.)

FILED

OCT 24 2013

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same facts
      involved in this action or otherwise relating to your imprisonment?  YES ( ) NO (✓)

B.    If your answer to A is YES, describe the lawsuit in the space below.  (If there is more
      than one lawsuit, describe the additional lawsuits on another piece of paper, using the
      same outline.)

      1.    Parties to the previous lawsuit:

            Plaintiffs: _____

            _____

            Defendants: _____

            _____

1

3. capt. "John Doe" Wilshire

4. capt. "John Doe" Anderson

5. Lt. "John Doe" Haiman

6. Sgt. Paul Cooper

7. Sgt. "John Doe" Travis

8. correctional officer "John Doe" Dobbs

9. correctional officer "John Doe" Rutherford

10. correctional officer "John Doe" Wallace

11. correctional officer "John Doe" Todd

12. nurse "Jane Doe" Jones

13. any other defendants to be determined during discovery

2.    COURT: (If federal court, name the district; if state court, name the county):

_____

3.    DOCKET NUMBER: _____

4.    Name of Judge to whom case was assigned: _____

5.    Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6.    Approximate date of filing lawsuit: _____

7.    Approximate date of disposition: _____

II.    PLACE OF PRESENT CONFINEMENT: *Knox county sheee's Depadment*

A.    Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C.    If your answer is YES,

    1.    What steps did you take? *SuBmittKD Grievances on*

        *6-21-13*

    2.    What was the result? *Grievances ARe still*

        *PenDing, Cont on PAGE 2A*

D.    If your answer to B is NO, explain why not. *N/A*

_____

E.    If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F.    If your answer is YES,

    1.    What steps did you take? _____

_____

2

6.

2. The prisoner's litigation reform act of 1996 P.L.R.A. Allows 90 days for a facility to respond to a Grievance subsequently in accordance with the aforesaid, pg. 31 sec. VI.F of Knox county sheriff's office inmate handbook clearly states that "a response to a Grievance will not exceed 90 days from receipt of the grievance." However, every time I request a response to the Grievances that I have filed on this matter, from the initial complaint filed on approx 6-22-13 to approx 20 Grievances I've submitted requesting a response to my complaint, I am told that the matter is still pending.

2.   What was the result? _____

_____

## III.   PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A.   Name of plaintiff: *Antoneo Jonte Williams*

Present address: *Knox County Sheriff's Department 5001 maprapville, Tennessville, TN 37918*

Permanent home address: *3730 Linden Ave Knoxville, TN 37914*

Address of nearest relative: *525 Zenford ZD Apt A 425 Knxmille, TN 37919*

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B.   Defendant: *Sheriff Jimmy, Jones middle Knox county Sheriff Department Facility*

Official position: (1a) *Sheriff, Knox county*

Place of employment: (1) *City county Building, 400 main Ave Knox, TN 37902*

C.   Additional defendants: *Cont. Page 3A* _____

_____

_____

_____

## IV.   STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

*1. At the time of the incident I had been (1)*

*placed on administrative segregation by the facility*

3

2. Capt. "John Doe" Wilshire
facility commander, captain
Knox county sheriff Detention facility
5001 Maloneyville RD
Knoxville, TN 37918

3. Capt "John Doe" Anderson
facility commander, captain
Knox county sheriff Detention facility
5001 Maloneyville RD
Knoxville, TN 37918

4. Lt. "John Doe" Harmon
supervisor
Knox county sheriff Detention facility
5001 Maloneyville RD
Knoxville, TN 37918

5. Sgt. Phil cooper
supervisor
Knox county sheriff Detention facility
5001 Maloneyville RD
Knoxville, TN 37918

6. Sgt. "John Doe" Teams
supervisor
Knox county sheriff Detention facility
5001 Maloneyville RD
Knoxville, TN 37918

PAGE 3(a)

7. C/O "John Doe" Wallace
   correctional officer
   Knox County Sheriff Detention Facility
   5001 Maloneyville RD
   Knoxville, TN 37918

8. C/O "John Doe" Rutherford
   correctional office
   Knox County Sheriff Detention Facility
   5001 Maloneyville RD
   Knoxville, TN 37918

9. C/O "John Doe" Dobbs
   correctional officer
   Knox County Sheriff Detention Facility
   5001 Maloneyville RD
   Knoxville, TN 37918

10. C/O "John Doe" Kidd
    correctional officer
    Knox County Sheriff Detention Facility
    5001 Maloneyville RD
    Knoxville, TN 37918

12. LPN "Jane Doe" Jones
    Nurse
    Knox County Sheriff Detention Facility
    5001 Maloneyville RD
    Knoxville, TN 37918

13. Any other Defendants to be determined during discovery

PAGE 3 B

eg. Protective custody.

2. I was classified maximum security and being housed in Building 1. unit B which is a protective custody unit. At the time of the incident C/o DOBBS was the unit B officer.

3. C/o KIDD was the unit officer in unit 1-D unit 1-B and unit 1-D share the same rec yard.

4. facility policy requires that all maximum security inmates must wear wrist restraints anytime they are outside their cell.

5. On 6/19/13 at approx 12:30 pm C/o DOBBS placed me in restraints alone on the recreation yard for my hour rec time.

6. I walked over to the unit 1-D rec yard door. I could hear C/o DOBBS on his radio calling over to unit 1-D and asking C/o KIDD if his rec yard door was locked and C/o KIDD responded that his door was locked!

7. Approaching the door, I found it to be unlocked. I opened it an begin yelling up to an inmate who was locked inside his cell on the second floor.

4

8. I have an extremely kup ivice, so theres no dout clo heard me yelling iscipainy since there nobody outside there cells, AND it was only two peope in the DAY room.

9. Having concluded my conversation I closed unit D rec yard Door and start it to work award.

10. Approx 30 sec after I closed the Door, It slid Darly opened up an inmate dressed only in a tee shirt Boxers, socks shoes ran out on the rec yard attack me in full force AND Began Beating me Punching, kicking me.

11. Not only did this inmate out weigh me By at least 100 lbs - I am 30 yrs old 147 lbs. - But I was in wrist restraints AND HE WASNT!.

12. Unit D, in which this inmate was Being housed, was a Disciplinary unit requiring that every inmate wear restraints when outside their cells

13. Furthermore, inmates housed in Building 2 must Be dressed in there Jumpsuits any time they are out side there cell.

14. Building 2 is a maximum security Building consisting 4 units, A thru, with unit "D" Being a disciplinary unit. This makes Building 2, unit D the most secured unit of the facility.

15. Additionally, I have Been placed on Administration

Page 4 (a)

for the purpose of me not being attacked
by any inmate.

16. It was impossible for this inmate
to have gotten out of his cell out
of dress code all the way to the
rec yard without C/O Kidd's help

17. I've never been in more fear. That
was the most terrible day of my life
I was in hand cuffs he wasn't
while C/O Kidd watched.

18. C/O Kidd is appex 6'2", 300 lbs and would of
had no problem breaking this op. to know
I was being beat, kicked, punched,
While Kidd watched left me
No doubt I would be beat to
death.

19. This inmate kicked me punched me
and slammed me on my head. I
-blacked out then came back in
to only realize it was still
coming on.

20. I was picked up and slammed on my head and
back appex times, each time worse than the last
I lost both strength to resist, and balance,
with C/O Kidd standing there watching.

Page 4 (b)

21. For all I know, CO Dobbs was also watching it all through the unit rec window and that he was allowing this to happen also. As my unit officer I had no reason to believe that he was not watching me since If was his job to do so!

22. I have never felt as much pain nor have I been so lost and confused as I was while being beaten that day. It seemed to go on an on but in reality it seen like 2 mins.

23. I was about to pass out again when I heard C/O Kidd tell's inmate, "that was crap," "that the fight was over," for him to return to his cell. I couldn't believe he had allowed this inmate to beat me and was now instructing him to return to his cell as though he had been the victim!

24. If was only after C/O Kidd had given this inmate time to return to his cell, DID he finally get on his radio and called for help!

25. I was extremely dizzy and don't remember every one who responded But I do recall Lt. Herman, SGT Cooper, C/O Wallace and C/O Rutherford. I heard C/O Kidd yelling, "He is on the yard!"

26. I expected some kind of help instead I was attacked again for no reason, this time by C/O Wallace C/O Rutherford. I was slammed from the start w/ to tore me forcing the wind out of me again when I was already in pain.

PAGE 4 (c)

27. I watched as what appeared to be no less then 20 officers pour out on the rec yard. I have no idea what exactly they were responding to cause there was no fight and the inmate who attempted to kill me had been escorted back to his cell by c/o kidd who had tel him not to get me in the first place before he had made the call for help.

28. With Lt herman clearly in charge and as a victim of a serious and almost fatal attack, my face and arms bleeding from numerous cuts and abrasions from this sadistic attempt to kill me by nothing less then a inmate "hit man", I was thrown to the concrete by numerous officers, all charged up for what appeared to be a response to a fight!?

29. eventhough the obvious evidence - me on the yard bleeding and alone and in restraints - clearly demonstrate that that something else was going on. I was treated as though I had been the aggressor, with Lt herman's instructions, the restraints where removed from one wrist, I was rolled to my stomach and for absolutely no reason what so ever I was cuffed with my hands behind my back by c/o wallace + rutherford.

30. Every chance they got, they shoved their fists and knee into my back side and head.

PAGE 4(d)

31. I cried out and begged them to please stop that I hadn't done anything nor was I attempting to do anything other then to see some type of medical attention.

32. my pleas for help was ignored. I'm yelling my wrist hurt that my head in my back hurt But Rutherford holding my cuffs slams me into the ground with his knee in my back just as if I assault someone.

33. I kept begging over and over for them to stop But C/O Wallace and Rutherford dragged me back into unit B where I was then slammed against the wall, eventhough I was all ready hand cuffed and Bearly even conscious C/O Rutherford slams me into the wall for absolutely no reason at all. While Lt Harmon and numerous others looking on. I was already bleeding Bad from the last attack.

34. I was dragged into my cell By Lt Harmon and Rutherford, where I was thrown on the Bunk with Lt Harmon holding me down, I'm still asking Rutherford Stop it hitting me hand across my face saying I deserved this.

35. In approx April of 2013 while housed in Building I, unit B, they had a major shake Down, involving numerous correctional officers and K-93. C/O Rutherford was one of the officers involved and Being a typical teenager that I was, I threw Colors Rutherford comes thru my cell door; just throwing off.

PAGE 4(e)

36 In an attempt at getting even with me for the remarks that I made, C/o Rutherford slapped me and beat me continously about the face and head over and over until he finally got tired, with Lt. Hakeman holding me down. Lt. Hakeman never hit me while I was in the cell, but he never stopped C/o Rutherford from hitting me.

37 I experienced intense head pain, every punch and slap to my head by C/o Rutherford felt like he was using a ball bat. I had tears in my eyes as I pleaded with him to please stop. My eyes was blurry and I began blinking in and out, barely able to remove tears. I felt like a rag doll.

38 More than anything I feared for my life, I was being beat by a correctional officer with no witness's which meant they could do anything they wanted to me. C/o Rutherford repeated how much I deserved the beating that he was giving me. I passed out twice during this assault before Lt. Hakeman finally removed the restraints and locked me in the cell.

39 Every part of my body hurt, with most of the pain being in my head, neck, lower back and chest. Approx 5 mins after Lt. Hakeman and Rutherford left the cell, the unit officer Jobes appeared at the door. I was in tears as I asked him why had this been allowed to happen to me. C/o Jobes said that it was all C/o Kidd doing. He had nothing to do with it.

PAGE 4(1)

40. I asked C/O DOBBS of he would send me to the clinic, which was a small exam room located in one building. (main clinic is in Building C.) He said I couldn't right now, the excuse was seeing the inmate that attacked me!!

41. This inmate who beat me up while I was in wrist restraints and weighing at least 100 lbs more then me, and not a single injury that I caused, was being examined by the nurse while I sat bleeding in my cell!!

42. Approx 20 mins later nurse Jones arrives with C/O rutherford. I was covered in my blood, bleeding from numerous cuts and abrasions. I complained of intense head and back pain, without so much as examination she said to wash the cuts with soap and water, that my injuries were not bad. C/O rutherford said to me "he is okay!!! I asked, are you serious? you not going to check me out or nothing? She reported that I would be okay, and they left.

43. I immediatly wrote a letter to the building supervisor, sgt paul cooper and gave it to C/O DOBBS complaining of pain in my head, neck, back and chest. I asked if they would please take me to the hospital. That I was hurt and I needed help. This was approx 1 pm.

44. Approx 3 hours later, after shift change, approx 3:30 pm, I was escorted out to building 1 clinic by nurse Jones after I repeatedly complained about head pain. I was subsequently examined by nurse Jones who then instructed sgt cooper to take photos of my injuries. Approx 10 photos were taken.

PAGE 7 (g)

45. After a while to the clinic in Building 6 to collect my med records. I was placed in restraints and unceremoniously dumped in the smallest compartment of a car county van and driven to UT hospital. I could barely remain conscious as I was intentionally thrown from one side to another due to the way they were driving.

46. I arrived at UT Hospital at approx 4:30 p.m. I was examined by a ER doctor, received a full body x-ray and a cat scan. I was given a shot. I was instructed to inform the facility if I continued to have blood pains.

47. I was released from the hospital approx 5 hours later and returned to my cell. Although I was still urinating in blood, I was not allowed to take a shower or wash the blood from me until 6-22-13 approx 2 days after almost being beaten to death.

48. I had knots and bumps and cuts all over my head which was even worse due to my shot hair as my hands and arms were all cut up. I was in intense pain, every part of my body hurt, whether sitting, standing or lying down the pain was constant. All request for pain meds was denied.

49. I discovered that the inmate who attacked me was not cuffy examined before me, he was given 45 days in punitive segregation for trying to beat me to death, (cont)

PAGE 4(b)

— the lowest amount of time allowable, when policy clearly states he was to receive no less than 60 days! Also as a reward for almost beating me to death, he received extra food each meal for everyday that he was in protective segregation for this assault. This clearly demonstrates that the offense was sanctioned by staff members other than just C/O Long, whose responsibility was to keep me secured and safe!

50. It was clear that this conspiracy began back in Feb 2013 when out to punish me, staff members falsified dietary records placing me on a "finger food diet" where I unknowingly remained for over four months.

51. In approx July or Aug 2013, I confronted Sgt Lewis and the Psyc doctor, Mike Powers about why I had been placed on finger food. Mike Powers was the only person who could authorize such a diet, since people on this type of diet are almost always suffering with suicide issues.

52. To my surprise, I was informed that I had never been placed on a finger food diet. There had never been such instructions or orders issued nor was that any such order in the computer. Correction officers in Building 2 had conspired together to falsify medical records and since this order never came from the kitchen, staff members were free to tamper with my food the entire time.

PAGE 4 (=)

53. Recieving a proper food diet for four months as a means of physical punishment, by denying me a regular diet was nothing short of being cruel and unusal punishment.

54. My Disciplinary Record clearly shows that some time after I was indiced of a ?? charge while awaiting another court Date I Developed a juvinile attitude problem and stated out exactly what was on my mind which certainly upset staff members

55. However, one would assume that correctial officers would have a tougher skin as to allow the comments from a prospected teenager to cause them to violate my protection under the united states constitution.

56. On approx 6/27/13 approx 2 days after the incident I submitted a Grievance discribing everything that had happen to me during the 6-19-13 incident, I discribe what the inmate had done and how the staff member were allowed to Beat me while a senier staff member a Building supavisor and facility supavisor looked on and assisted. How medical refused to treat me until I made a urgant written request ?? a Building supaviser.

57. Since my inital Grievance, Ive submitted no less then 20 Grievance's from not recieving adquate medical attention to the faciltes failure to respond to my initial Grievance concerning this incident even though its over 90 days

PAGE 4 (7)

58. Housing location and Disciplinary records unequivocally demonstrate that this facility has caused me as much physical pain and discomfort as they can get away with, while denying me adequate medical attention. Even though I've continually complained about head, neck, and back pain. I've not had a single MRI nor a follow up CATSCAN nor have I been examined by a chiropractor. When my head and back pain becomes so intense and my complaints seem to them to be more urgent, they simply check my vital signs nothing more.

59. I continue to suffer from head, neck and back pain. I'm extremely fearful of being around a group of officers, especially those officers who beat and attempt to kill me. I suffer with constant reoccurring night mares where I am being beaten to death by that inmate or by numerous correctional officers. I'm even louder than I was before as I attempt to hide my fear by acting tough.

60. I always assume that given the chance, a low level correctional officer could have no problem punching a inmate a few times. However, to have experienced an assist. facility commander physically participate in a savage assault on my person clearly shows that I can be killed by either an inmate or <u>an officer</u> at this facility.

PAGE 4 (K)

(11) There are ceiling mounted security cameras that capture the incident on 9-19-13. Staff members similing to what happen hae told me that the video is crucial And unbelieveable, that they never seen anything like this. Aside from this attack By this inmate, And the assault By correctional officers on the rec yard various Buildings 2 security cameras would have captured the following:

A. c/o KIDD releasing a inmate improperly Dressed from his cell without wrist-restraints was permitting him to enter the rec yard and

B. c/o KIDD allowing inmate to return to his cell Before calling Back up.

C. Me Being physically assaulted inside the Day room while I was in wrist restraints

D. Although it does not capture what happen in my room it shows the amount of time they were inside my cell.

E. The Aggressor Being seen Before no

F. Staff members congradulating him for almost Beating me to Death.

G. Exactly what correctional officers were standing watching Both the excessive force on the rec yard was in my cell By i.l. Harman c/o Rutherford and c/o writere.

H. video shows how many times I placed grievances in the sev. box minutes Having my cell to put grievances in to sev box for me about this incident.

PAGE 4(L)

V. RELIEF

Stating a claim;

1) Defendant "John Doe" KIDD
2) Defendant "John Doe" DOBBS

A. K.C.S.D.f policy requires that unit unit officers insure that the connecting units Recreation yard DOOR is locked prior to releasing any inmate to the rec yard. This clearly wasn't done by either officer. unit officer's primary function would be to insure inmate's remain in custody and that they remain safe. Large glass windows allow for a clear unrestricted view of the rec yard from the unit officers Desk which made it impossible for c/o DOBBS not to have noticed this inmate attacking me on the yard. Additionally, c/o DOBBS stood at my cell door and watched as I was held down in restraints and Beaten By c/o Rutherford.

For the purpose of stating a claim Both Defendants KIDD and DOBBS are Guilty of no less than a failure to protect, in violation of the 8th amendment to the united States constitution.

B. I had Been placed on administrative segregation; housed in a protective unit, in wrist restraints on a rec yard connected to a punitive segregation unit in a maximum security Building. this made it impossible to have gotten out of his cell, improperly dressed and to the rec yard with out c/o KIDD help

for this inmate

Page 5

— and allowed for this attempt on my life by
a inmate under his control and instructions does
for the purpose of a stating a claim, would demonstrate
no less than excessive force, a clear violation of
the 14th amendment to the United States
Constitution.

C. Defendant "John Doe" Kidd and Defendant "John Doe"
"Dobbs" are being sued in their official and their
individual capacity for both compensatory and punitive
damages in the amount of 10 million dollars.

3. Defendant "John Doe" Harman
4. Defendant "John Doe" Rutherford
5. Defendant "John Doe" Wallace
A. Lt. Harman holds the rank of a asst facility
commander who first stood by while I was
beaten on the yard by correctional officers and
later assisted C/O Rutherford in beating me
continously after ordering me into my cell.
C/O Rutherford and C/O Wallace took every chance they
got to abuse me on the rec yard and later
inside the pod. C/O Wallace tried his best to
break my wrist. C/O Rutherford took his time
to literally beat me, specifically directing his
blows to cause the most pain. I was in a
cell sitting on a bunk with my hands cuffed
behind me back while Lt. Harman held me
as C/O Rutherford beat me, slapped and punched
me as hard as he could.

PAGE 6

B. For the purpose of stating a claim, Defendant's Harmin, Rutherford and Wallace are guilty of no less than a failure to protect, excessive force and a denial of due process law in direct violation to the 8th and 14th amendments to the United States constitution.

C. Defendants "John Doe" Harmin, "John Doe" Rutherford and "John Doe" Wallace are being sued in their official and their individual capacities for both compensatory and punitive damages in the amount of 10 million dollars.

(4) Defendant Paul Cooper

A. As a Building Supervisor holding the rank of a Sgt he first stood by and watched as correctional officers assaulted me for no reason other than the fact that they could maliciously although he could see the injuries I incurred during the attack, he denied me immediate medical care waiting almost 3 hrs before I was finally seen. As a building supervisor, he had the authority to order that I be examined immediately or certainly before the officer's was examined.

B. For the purpose of stating a claim, Defendant Paul Cooper is guilty of no less than a failure to protect and a denial of medical care in violation of the 8th and 14th Amendment to the United States Constitution.

PAGE 7

C. Defendant Phil Cooper is being sued in both his official and individual capacities for both compensatory and punitive damages in the amount of 10 million dollars.

7) Defendant "John Doe" Travis

A) At the time of the incident was the Assist Building 1 supervisor, holding the rank of Cpl, like Sgt Cooper who could have ordered that I be examined by the nurse. Both he and Sgt Cooper allowed for the aggressor who suffered no physical injuries from his violent attack on me, to be examined before me while I was refused.

B) For the purpose of stating a claim Defendant "John Doe" Travis is guilty of no less than the denial of medical care which is a constitutional violation.

C) Defendant "John Doe" Travis is being sued in his official and individual capacities for both compensatory and punitive damages in the amount of 10 million dollars.

Page 8

8.) DEFENDANT "JANE DOE" Jones

A. The Defendant Knowingly refused to treat
AND or to immediately examine me, even
though she was told numerous times that I
had suffered a head injury AND had been
knocked unconscious no less than three times.
Her instructions was that I wash the numerous
cuts AND Abrassions, with soap AND water myself
rather than to treat me. This clearly shows a denial
of medical care, especially with her being a nurse.
If I would of never sent a letter to
SGT COOPER, I would havent went to the
UT hospital or seen nurse Jones. Nurse Jones was
examining the attacker while I was bleeding
in my cell for hours before I was examined
By nurse Jones who finally instructed I go to
the hospital.

B. For the purpose of stating a claim Defendant
"Jane Doe" is guilty of no less than A Denial
of medical care which is A constitutional
violation.

C. Defendants Jane Doe is being sued in
her official and individual capacities for
Both compensatory AND punitive damages in
the amount of 10 million DOLLARS

PAGE 9

9. Sheriff Jimmy Jones and/or
10. The Knox County Sheriff Detention facility

A. Defendant is the Knox County Sheriff and therefore responsible for the actions of those subordinates who work at the K.C.S.D.F. The policy regarding the operation of the K.C.S.D.F. fall directly under his jurisdiction which would make him directly responsible. Since a facility isn't a individual it would appear that for a purpose of a new suit, Sheriff Jimmy Jones must be considered the defendant in this matter.

B. For the purpose of stating a claim, and for the reason stated Jimmy Jones and/or the K.C.S.D.F. is guilty of excessive force, a failure to protect and a denial of medical care, in violation of the United States Constitution.

C. Defendant Jimmy Jones and/or the K.C.D.F. is being sued in their official and individual capacities for both compensatory and punitive damages in the amount of 10 million dollars.

PAGE 10

11. Defendant capt. "John Doe" Wilshire
12. Defendant capt. "John Doe" Anderson

A. Both these Defendants share the duty of being the facility commander and therefore are directly responsible for what happen. They both had to know about this incident either directly or by radio. However they made no attempt to defuse the situation or insure that I was tend it for injury. However officers responded, Sgt, Cpl, LT in what should have been the most secured Building, which dennotes the facility commanders knew immediately. They failed on their part to correct the situation especially when they had direct access to real time video of the incident, and what teen place in the pod after words.

B. For the purpose of stating a claim, and for reasons stated both Defendant "John Doe" Wilshire and Defendant "John Doe" Anderson are guilty of no less than a failure to protect and a denial of medical care.

C. Defendants John Doe Wilshire and Anderson are being sued on their official or individual capacities for both compensatory and punitive damages in the amount of 10 million dollars.

PAGE 11

Evidence clearly shows that thac was a joint effort. The tape shows the whole incident that almost cost me my life. Im still dealing with issues from it. numerous officers took place in violating my rights under the U.S. Constitution, which none of this would of been possible without the officers working together. for a inmate to be released from his cell without the proper dress code re hand cuffs while I had cuffs on and security watching me, to a senior officer assisting a c/o beat me uncoucious in a cell to be being denied medical attention for almost three hours after the incident. then the person that officered me gets treat at first. I sat in my cell bleeding for hours. this clearly shows a conspiracy. this is all on tape. I ask for a stamped filed copy of this complaint.

I (we) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 21st day of oct, 2013

Antonio Williams
Signature of Plaintiff

Page (12)