# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

ANTONEO JONTE WILLIAMS
        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

RUSSELL RUTHERFORD, JERRY HARMON, and MICAH DOBBS,
        Defendants.

Case Number:    3:13-CV-648

✓ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

IT IS ORDERED AND ADJUDGED that the jury unanimously finds that the Plaintiff, ANTONEO JONTE WILLIAMS, has not proven by a preponderance of the evidence that defendant, RUSSELL RUTHERFORD, used excessive force against Plaintiff and therefore is not entitled to recover any damages from the Defendants, RUSSELL RUTHERFORD, JERRY HARMON, or MICAH DOBBS, and shall therefore take nothing from the defendants.

July 19, 2017
*Date*

ENTERED    Debra C. Poplin, Clerk of Court

By:    s/Julie Norwood
      *Deputy Clerk*