# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 11, 2017

Mr. David S. Wigler
Knox County Law Director's Office
400 Main Street
Suite 612
Knoxville, TN 37902-0000

Mr. Antoneo Jonte Williams
Whiteville Correctional Facility
P.O. Box 679
Whiteville, TN 38075

Re: Case No. 17-5805, *Antoneo Williams v. Jimmy Jones, et al*
Originating Case No. : 3:13-cv-00648

Dear Mr. Williams and Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc: Ms. Debra Poplin

Enclosure

No mandate to issue

Case No. 17-5805

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

ANTONEO JONTE WILLIAMS

    Plaintiff - Appellant

v.

JIMMY JONES, Sheriff; TERRY WILSHIRE, Captain; ROBERT ANDERSON, Captain; PAUL COOPER, Sergeant; ANTHONY WALLACE, Correctional Officer; RANDALL KIDD, Correctional Officer; DEANNA JONES, LPN

    Defendants - Appellees

and

JERRY HARMON, Lieutenant, et al.

    Defendants

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

The Appellant's Brief was not filed by **November 28, 2017**.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                          **ENTERED PURSUANT TO RULE 45(a),**
                          **RULES OF THE SIXTH CIRCUIT**
                          Deborah S. Hunt, Clerk

Issued: December 11, 2017